41 A.3d 1282

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Mary A. DYARMAN, Petitioner.**

Supreme Court of Pennsylvania.

April 16, 2012.

170

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of April 2012, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner is:

Does the admission into evidence of accuracy and calibration certificates for breath test machines violate a criminal defendant's Sixth Amendment right to confrontation when said certificates are admitted into evidence without testimony from the individual(s) who prepared the certificates and performed the testing?